UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLA CARD, *et al.*, | : | |
| | : | Civil No. 1:21-CV-01288 |
| Plaintiffs, | : | |
| | : | (Arbuckle, M.J.) |
| v. | : | |
| | : | |
| NICHOLAS TURNER, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF CONCURRENCE

On October 19, 2021, Plaintiffs agreed by phone and email to the enlargement of time to respond to the Amended Complaint and removal action.

Dated:  New York, New York
       October 25, 2021

                                  Respectfully submitted,
                                  LETITIA JAMES
                                  Attorney General
                                  State of New York
                                  Attorney for State Defendants

                                  By: /s/ Amy Luo
                                          AMY LUO
                                  Assistant Attorney General
                                  *Pro Hac Vice*
                                  28 Liberty Street
                                  New York, NY 10005
                                  (212) 416-8538
                                  Amy.Luo@ag.ny.gov

                                  RICHARD C. MAIDER
                                  Assistant Attorney General

*Associate Counsel*
M.D. PA Bar #56031
Office of the Attorney General
The Capitol, Albany, New York 12224
518-776-2297
Richard.Maider@ag.ny.gov