UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELLA CARD, *et al.*, : | |
| : | Civil No. 1:21-CV-01288 |
| Plaintiffs, : | |
| : | (Arbuckle, M.J.) |
| v. : | |
| : | |
| NICHOLAS TURNER, *et al.*, : | |
| : | |
| Defendants. : | |

### CERTIFICATE OF MAILING

The undersigned hereby certifies that she is an employee in the New York State Attorney General's Office and is a person of such age and discretion as to be competent to serve papers.

That on October 25, 2021 she served four copies of the attached

### MOTION FOR ENLARGEMENT OF TIME

by placing said copies in postpaid envelopes addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelopes and contents in the United States Mail at Manhattan, New York.

Addressees:

Ms. Ella Card
*Plaintiff pro se*
445 Beck Mill Rd.
Hanover, PA 17331

Mr. Ken Swenson
*Plaintiff pro se*
445 Beck Mill Rd.
Hanover, PA 17331

Ms. Ladonna Card
*Plaintiff pro se*
445 Beck Mill Rd.
Hanover, PA 17331

Ms. Cindy Card
*Plaintiff pro se*
445 Beck Mill Rd.
Hanover, PA 17331

                                                    By: /s/ Amy Luo
                                                        AMY LUO
Assistant Attorney General
*Pro Hac Vice*
28 Liberty Street
New York, NY 10005
(212) 416-8538
Amy.Luo@ag.ny.gov