# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLA CARD, *et al.*, | : | |
| | : | Civil No. 1:21-CV-01288 |
| Plaintiffs, | : | |
| | : | (Arbuckle, M.J.) |
| v. | : | |
| | : | |
| NICHOLAS TURNER, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# **ORDER**

NOW, this _____ day of _____, 2021, upon consideration of State Defendants' Motion for Enlargement of Time to respond to Plaintiffs' Amended Complaint and federal removal, it is hereby ORDERED AND DIRECTED that the motion is GRANTED. State Defendants' may answer or otherwise respond to the Amended Complaint and federal removal by December 17, 2021.

_____
William I. Arbuckle
United States Magistrate Judge