# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------X

In the Matter of

ELLA CARD,                                  Index No. 100416/2011.

An Incapacitated Person.                    NOTICE OF ENTRY

------------------------------------------------------------X

PLEASE TAKE NOTICE that the within is a true copy of an Order which was signed by the

Honorable Leon Ruchelsman on September 30, 2021 and entered in the county clerk's office on

October 7, 2021.

DATED: Brooklyn, New York
        October 11, 2021

                                    Jules Shel Fernandez, Esq.
                                    Finkel & Fernandez, LLP
                                    210 Court Street, Suite 1001
                                    Brooklyn, NY 11201
                                    T: (347) 296-8200
                                    F: (718) 965-8185
                                    jmolfernandez@fieldenlaw.com

To:

Ella Card
c/o Kenneth Swenson
445 Beck Mill Road
Hanover, Pennsylvania 17331-9253

Kenneth Swenson
445 Beck Mill Road
Hanover, Pennsylvania 17331-9253

LaDonna Card
100 Debs Place, Apt. 16C
Bronx, NY 10475

Cindy Card
105 Saratoga Avenue
Brooklyn, NY 11233

Faith Ciad
161 Saratoga Avenue
Brooklyn, NY 11233

Lawrence Price
829 East 10th Street, Suite 211
Brooklyn, NY 11230

Angela Houras Rreck, Esq.
135B East Grant Street
Lancaster, Pennsylvania 17602

Dana Panayopoulos
33 N. Duke Street
Lancaster, PA 17602

Barton Schwartz
2753 Coney Island Avenue
Brooklyn, New York 11235

Helen Martinez
1248 West 54th Street
Los Angeles, CA 90037

The Blakie Group
111 John Street, 16th Floor
New York, NY 10038

John Heit, Esq.
Vera Guardianship Project
320 Jay Street, Room 4110
Brooklyn, NY 11201

David Van Leeuwen, Esq.
62 William Street, 8th Floor
New York, New York 10005

Patrick Marc, Esq
Marc Law Associates PLLC
48 Wall Street, 5th Floor
New York, NY 10005

At an IAS Part 76LR of the Supreme Court,
State of New York, County of Kings, at the
Supreme Courthouse located at 360 Adams
Street, Brooklyn, New York on the ____
day of September, 2021.

PRESENT:
    HON: LEON RUCHELSMAN
        J. S. C.

------------------------------------------------X
In the Matter of                     Index No. 100016/2011

ELLA CARD,                       ORDER

An Incapacitated Person.
------------------------------------------------X

    WHEREAS, an application was filed by Julie Stoil Fernandez, Esq., Counsel to the

Successor Co-Guardians on May 6, 2021, seeking various relief, including a request to

immediately list the properties belonging to ELLA CARD, located in Brooklyn, for sale in an "as

is" condition, and authority to commence taking other actions in furtherance of protecting ELLA

CARD's income, assets and authority to assess her condition in the State of Pennsylvania; and

    WHEREAS, an Order to Show Cause was duly made herein at the I.A.S Part 76LR of

this Court on the 17th day of June, 2021 for a hearing to be held; and

    WHEREAS, upon the scheduled hearing date, PATRICK MARC, Esq., Counsel

allegedly representing ELLA CARD, CINDY CARD, KENNETH SWENSON and LADONNA

CARD, failed to appear and instead indicated by email an intent to withdraw their cross motion

to file instead in the District Court of Pennsylvania; and having failed to produce ELLA CARD

as Counsel had promised the Court; and

    WHEREAS, the Court finds that a pattern of disregard for the Court's directives and

Orders has been exhibited by CINDY CARD, KENNETH SWENSON and LADONNA CARD,

in that they have consistently failed to appear virtually before the Court on several occasions; and

they have consistently failed to produce ELLA CARD virtually on several occasions, despite the Court's instructions to do so; and

WHEREAS, this Court finds that the sale of the real properties is in ELLA CARD's best interests and is necessary to preserve and protect her assets, and to prevent waste, as the significant repairs on the properties which this Court deemed necessary and authorized by Order dated December 11, 2019, could not completed, and in light of the violation issued by the New York City Department of Buildings which upon information and belief has not been cured, and as the rental income associated with said real properties has been continuously diverted from this Court's appointed Property Guardians, and as the guardianship estate is exposed to untenable risk and liability due to the continued thwarting of the Co-Guardians' authority to exercise control over the real properties;

NOW THEREFORE, it is hereby

ORDERED, that the relief sought in the application by Julie Stoil Fernandez, Esq. is hereby granted on the papers presented; and it is further

ORDERED, that RAYMOND CARD and KERMIT CARD are authorized to retain Dana Panagopoulos, Esq., as guardianship counsel in the State of Pennsylvania, for the purpose of registering this Court's December 2, 2020 Order appointing Successor Co-Guardians of the Property in the State of Pennsylvania, and to take any other actions necessary to enable RAYMOND CARD and KERMIT CARD to fulfill their guardianship duties in the State of Pennsylvania; and fees shall be subject to prior Court approval; and it is further

ORDERED, that any and all advance directives believed to have been executed by ELLA CARD shall be produced forthwith to the Co-Guardians of the Property by any Counsel

alleging to represent ELLA CARD, CINDY CARD, KENNETH SWENSON and/or LADONNA CARD; and it is further

ORDERED, that CINDY CARD produce, forthwith, any and all information regarding any lease agreements and/or tenants and names and unit numbers of the tenants in any of the units at 155 Saratoga Avenue Brooklyn, New York 11233 and/or 161 Saratoga Avenue, Brooklyn, New York 11233; and it is further

ORDERED, that CINDY CARD cease and desist from any further unlawful collection of the rental income from the properties located at 155 Saratoga Avenue and/or 161 Saratoga Avenue, Brooklyn, New York 11233, and/or Social Security income and/or pension income due to ELLA CARD,; and it is further

ORDERED, that Cindy Card shall prepare an accounting of the rental income, social security income and/or pension and any other income due to ELLA CARD which the prior Guardian and Successor Co-Guardians of the Property have been unable to marshal due to diversion by CINDY CARD, and provide such accounting to this Court within sixty (60) days from the entry of this Order; and it is further

ORDERED, that CINDY CARD shall forthwith turn over all income collected belonging to ELLA CARD; and it is further

ORDERED, that RAYMOND CARD and KERMIT CARD are authorized to commence licensee holdover and/or eviction proceedings against any tenants of the properties belonging to ELLA CARD located at 155 Saratoga Avenue and 161 Saratoga Avenue, Brooklyn, New York 11233; and it is further

ORDERED, that unless access is provided to the interiors of the properties located at 155 Saratoga Avenue and 161 Saratoga Avenue, Brooklyn, New York 11233, on or before

October 8, 2021, then Barton Schwartz, the previously appointed Part 36 Appraiser, is authorized to prepare an appraisal report on the basis of value, based on an exterior only inspection, which shall be provided to the Court and Co-Guardians in either instance on or before October 18, 2021; and it is further

ORDERED, that upon receipt of the appraisal report, RAYMOND CARD and KERMIT CARD are simultaneously authorized to take steps necessary to immediately list the properties belonging to ELLA CARD located at 155 Saratoga Avenue and 161 Saratoga Avenue, Brooklyn, New York 11233, for sale in "as is" condition pursuant to Article 17 of the Real Property Actions and Proceedings Law; and it is further

ORDERED, that Shannon Insanna, of 794 Union St., 2ND Floor, Brooklyn, NY 11215, telephone 646-287-5538, be and is hereby appointed as Part 36 Real Estate Broker, to list, market and/or post for sale the real properties located at 155 Saratoga Avenue and 161 Saratoga Avenue, Brooklyn, New York 11233, and whose commission shall be set by the Court; and it is further

ORDERED, that the broker shall list the said property on the New York Multiple Listing Service, or comparable listing service, for a minimum of four consecutive weeks, for a minimum purchase price of the appraised values, and such listing shall be deemed sufficient publication under RPAPL §231(2)(a) and §1722(5); and it is further

ORDERED, that after the required listing period, the Co-Guardians are permitted to enter contract(s) of sale for the real properties, provided the Contract(s) shall be contingent upon and subject to Court approval. Upon Contract execution, the Co-Guardians shall move by motion on notice to all parties for Court approval of the contract and for the sale of the property; and is further

ORDERED, that RAYMOND CARD and KERMIT CARD be reimbursed for funds

previously paid to Angela Flouras Rieck, Esq., in the sum of $750.00 each ($1,500.00) total, for

her representation of RAYMOND CARD and KERMIT CARD, in dismissing the abuse

Petitions wrongfully initiated by KENNETH SWENSON in the State of Pennsylvania.

      This is the Decision and Order of the Court; the Co-Guardians shall serve a copy of this
Order with notice of entry on all parties entitled to notice within 10 days of the entry of this Order.

E N T E R:

_____
Hon. Leon Ruchelsman, J.S.C.

At an IAS Part 76LR of the Supreme Court,
State of New York, County of Kings, at the
Supreme Courthouse located at 360 Adams
Street, Brooklyn, New York on the 30th
day of September, 2021.

PRESENT:

      HON: LEON RUCHELSMAN
          J. S. C.

--------------------------------------------------------X

In the Matter of                        Index No. 100016/2011

ELLA CARD,                        ORDER

An Incapacitated Person.

--------------------------------------------------------X

     Upon all prior papers and proceedings had in this matter, and upon the "Notice of Cross-

And Affirmation Opposition/Support" (Motion sequence #16) and supporting documents which

were e-filed by Patrick Marc, Esq. on July 25, 2021, as the purported attorney for Ella Card,

Cindy Card, LaDonna Card, and Ken Swenson, and which was returnable on July 27, 2021, and

Ella Card, Cindy Card, LaDonna Card, and Ken Swenson having failed to appear on July 27,

2021, it is hereby

     ORDERED that the Cross Motion (#16) is hereby denied for cross-movants' failure to

appear before the Court on the return date as directed.

                              E N T E R.

                            HON. LEON RUCHELSMAN, J.S.C.



Faith Card
161 Saratoga Avenue
Brooklyn, NY 11233

Lawrence Price
829 East 16th Street, Suite 2H
Brooklyn, NY 11230

Angela Fleuras Rieck, Esq.
135B East Grant Street
Lancaster, Pennsylvania 17602

Dana Panagopoulos
33 N. Duke Street
Lancaster, PA 17602

Barton Schwartz
2753 Coney Island Avenue
Brooklyn, New York 11235

Helen Martinez
1248 West 54th Street
Los Angeles, CA 90037

The Blaikie Group
111 John Street, 16th Floor
New York, NY 10038

John Holt, Esq.
Vera Guardianship Project
520 Jay Street, Room 4.110
Brooklyn, NY 11201

David Van Leeuwen, Esq.
62 William Street, 8th Floor
New York, New York 10005

Patrick Marc, Esq.
Marc Law Associates PLLC
48 Wall Street, 5th Floor
New York, NY 10005

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------X
In the Matter of

ELLA CARD,

An Incapacitated Person.
------------------------------------------------------------------X

Index No. 100016/2011

NOTICE OF ENTRY

PLEASE TAKE NOTICE that the within is a true copy of an Order which was signed by the

Honorable Leon Ruchelsman on September 30, 2021 and entered in the county clerk's office on

October 7, 2021.

DATED: Brooklyn, New York
        October 11, 2021

Julie Stoil Fernandez, Esq.
Finkel & Fernandez, LLP
16 Court Street, Suite 1007
Brooklyn, NY 11241
T: (347)296-8260
F: (718) 965-3185
jstoilfernandez@ffeldslaw.com

To:

Ella Card
c/o K. Swenson
445 Beck Mill Road
Hanover, Pennsylvania 17331-9253

Kenneth Swenson
445 Beck Mill Road
Hanover, Pennsylvania 17331-9253

LaDonna Card
100 Debs Place, Apt. 16C
Bronx, NY 10475

Cindy Card
161 Saratoga Avenue
Brooklyn, NY 11233

# EXHIBIT B



30 DAY NOTICE TO QUIT, VACATE PREMISES

TO: JOHN DOE AND JANE DOE
155 SARATOGA AVENUE APARTMENT 2R
BROOKLYN, NEW YORK 11233

Occupants of Premises: 155 SARATOGA AVENUE APARTMENT 2R, BROOKLYN, NEW YORK 11233, and all other persons occupying the premises with or through you

PLEASE TAKE NOTICE that on or before OCTOBER 20TH 2021 you and all other persons occupying the premises, 155 SARATOGA AVENUE APARTMENT 2R, BROOKLYN, NEW YORK 11233, are required to vacate the premises

You are in possession of the premises as a licensee of the person entitled to possession, at the time your license was granted.

Your license to occupy the premises has been revoked by RAYMOND CARD and KERMIT CARD as the Court Appointed Guardians Ad Litem of ELLA CARD the owner and PERSON now entitled to possession of your Apartment 2R, located at 155 SARATOGA AVENUE APARTMENT, BROOKLYN, NEW YORK 11233.

You are now required to vacate the premises on or before October 20th 2021, failing which RAYMOND CARD and KERMIT CARD as the Court Appointed Guardians Ad Litem of ELLA CARD will commence a HOLDOVER proceeding to evict you from the premises.

Dated: October 14 2021

ELLA CARD (Landlord)
BY: RAYMOND CARD
KERMIT CARD
Court Appointed
Guardians

# EXHIBIT C

September 2, 2021
Albany, NY

## Governor Hochul Signs New Moratorium on COVID-related Residential and Commercial Evictions into Law, Effective Through January 15, 2022

Early this morning, Governor Kathy Hochul signed into law a new moratorium on COVID-related residential and commercial evictions for New York State which is in effect until January 15, 2022. Under the new law, all protections of the Tenant Safe Harbor Act for residential tenants who are suffering financial hardship as a result of the pandemic will remain in place, along with new protections on commercial evictions.

"The pandemic has created unimaginable anxiety for families and business owners who have lost income and are struggling to pay the rent every month," **Governor Hochul said**. "To help remedy the Supreme Court's heartless decisions striking down the New York and the Biden administration's moratoriums on evictions, we are enacting a new moratorium on residential and commercial evictions and extending the protections of New York's Safe Harbor Act to January 15. These steps will alleviate the crisis facing vulnerable New Yorkers who are suffering through no fault of their own."

Governor Hochul urges New Yorkers who are struggling to pay their rent to apply for assistance through the state's Emergency Rental Assistance Program, or ERAP. Applicants to this program are automatically protected from eviction while their application is pending and will receive a year of eviction protections if they qualify for assistance. The application is available here.

As of August 31, more than $1.2 billion in funding has either been obligated or distributed through ERAP, including more than $300 million in direct payments to more than 23,000 landlords. **Senator Brian Kavanagh said**, "From the very beginning of the pandemic, we have been committed to ensuring that all New Yorkers — including renters and homeowners — are protected from losing their homes because of the hardships wrought by COVID-19. We've also worked hard to ensure that the financial burden on tenants and landlords is lifted, through generously funded, effective relief programs, and to protect small businesses. Today, as COVID-19 continues to be a threat to the health and wellbeing of New Yorkers throughout the state, we are taking decisive, comprehensive steps to extend and strengthen the pillars of our legislative strategy to keep all New Yorkers safe. I thank Governor Kathy Hochul, Majority Leader Andrea Stewart-Cousins, Assembly Speaker Carl Heastie and Assembly bill sponsor Jeffrey Dinowitz for their partnership in getting this critical legislation enacted."

**Assemblyman Jeffrey Dinowitz said**, "This legislation is as much health policy as it is economic policy, and we must do everything we possibly can to keep New Yorkers safe amidst a surge in the Delta variant. This law will help thousands of families keep a roof over their heads and doors open for small businesses as the state works to improve and streamline the ERAP program and we all work together on a recovery from this deadly pandemic. I thank Speaker Carl Heastie for his steadfast support of tenants and Governor Hochul for hitting the ground running on this crucial issue, as well as Majority Leader Stewart-Cousins and State Senate sponsor Brian Kavanagh for their leadership."

The new law will permit anyone who resides in a locality that opted out of the state's program to administer their own rental assistance program, to apply to the state program when local funds are exhausted. People applying directly to their local programs will now also automatically benefit from the state's more expansive eviction protections.

The law also creates a $25 million fund to provide legal services to tenants facing eviction proceedings and to help them maintain housing stability in areas of the state where access to free legal assistance for such services is not available.

The law establishes a new $250 million Supplemental Emergency Rental Assistance program to serve additional households and to better support landlords. Through this program, $125 million will be made available to provide assistance to households with income that exceeds 80% of Area Median Income (AMI), and up to 120% of AMI. Additionally, $125 million will be made available for assistance to landlords whose tenants refuse to participate or have vacated the residence with arrears.

Under New York's enacted moratorium, tenants must submit a hardship declaration, or a document explaining the source of the hardship, to prevent an eviction proceeding from moving forward. Landlords who believe that their tenant has not suffered a financial hardship will now be permitted to request a hearing in court.

Landlords can also evict tenants that are creating safety or health hazards for other tenants, intentionally damaging property, and where a tenant did not submit a hardship declaration.

The legislation places a moratorium on residential foreclosure proceedings so that homeowners and small landlords who own 10 or fewer residential dwellings can file hardship declarations with their mortgage lender, other foreclosing party, or a court that would prevent a foreclosure.

The legislation's moratorium on commercial evictions and commercial foreclosure proceedings apply to small businesses with 100 or fewer employees that demonstrate a financial hardship. Tenants must submit a hardship declaration, or a document explaining the source of the hardship, to prevent evictions.

***Contact the Governor's Press Office***
Contact us by phone:

Albany: (518) 474 - 8418
New York City: (212) 681 - 4640

# EXHIBIT D

Social Security Administration
IMPORTANT INFORMATION

SOCIAL SECURITY
3RD FLOOR

195 MONTAGUE ST
BROOKLYN, NY 11201
Date: 04/07/2011
Number: 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

106    RP

VERA INSTITUTE OF JUSTICEPO
BOX 2-5106

BROOKLYN, NY 11202

We are returning the attached application you submitted to us requesting to be payee for ELLA RUBINA CARD for your records.

We stored the information you submitted with this request electronically so there is no reason for us to retain a paper copy.

IMPORTANT REMINDER

Penalty of Perjury

You declared under penalty of perjury that you examined all the information on your request and it is true and correct to the best of your knowledge. You were told that you could be held liable under law for providing false statements.

IF YOU HAVE ANY QUESTIONS

If you have any questions, you may call, write or visit any Social Security office. If you call or visit this office, please have this letter with you and ask for======,======== _____. The telephone number where I can be reached is 877-531-4725. We can answer most questions over the phone. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

Manager

April 7, 2011, 10:49
PAGE   1

CAN/HUN
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A

BOAN
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

TOP/GS/CC
NPO/Y/SEL

SG-SSA-11

WAC106

---

### REQUEST TO BE SELECTED AS PAYEE

I request that the Social Security Benefits for ELLA RUBINA CARD be paid to VERA INSTITUTE OF JUSTICE as representative payee.

ELLA RUBINA CARD needs a payee because she LEGALLY INCAPACITATED.

I would be the best payee for ELLA RUBINA CARD because I am her guardian.

I will know about ELLA RUBINA CARD'S needs because COURT ORDER.

### INFORMATION ABOUT THE PERSON FOR WHOM YOU ARE APPLYING

ELLA RUBINA CARD lives alone.

ELLA RUBINA CARD has no relatives or close friends who live with or are interested in being her representative payee.

ELLA RUBINA CARD does not owe VERA INSTITUTE OF JUSTICE any money and we do not expect her to in the future.

I am ELLA RUBINA CARD's legal guardian. I was appointed on March 10, 2011 because LEGALLY INCAPACITATED.

### INFORMATION ABOUT PAYEE APPLICANT

I represent VERA INSTITUTE OF JUSTICE. Our Employer Identification Number is 13-1941627.

VERA INSTITUTE OF JUSTICE'S mailing address is PO  BOX 2-5106, BROOKLYN, NY, 11202.

Our business location is PO  BOX 2-5106, BROOKLYN, NY, 11202.

ELLA RUBINA CARD lives at APT 3L, 155 SARATOGA AVE, BROOKLYN, NY, 11233.

My telephone number is (347) 296-1874.

  I do not have a bank account.

I do not want a Direct Express Account.

        I/my organization:
        o Must use all payments made to me/my organization as the representative payee for the
          claimant's current needs or (if not currently needed) save them for his/her future needs
        o May be held liable for repayment if I/my organization
          misuses the payments or if I/my organization am/is at fault for any
          overpayment of benefits.
        o May be punished under Federal law by fine, imprisonment or

26

CAN/HUN              BOAN         TOP/GS CC           SG-SSA-11
                    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  NPO/Y/SEL
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A

both if I/my organization am/is found guilty of misuse of Social
Security or SSI benefits.

I/my organization will:
◌ Use the payments for the claimant's current needs and save any currently unneeded
  benefits for future use
◌ File an accounting report on how the payments were used, and make all supporting records
  available for review if requested by the Social Security Administration.
◌ Reimburse the amount of any loss suffered by any claimant due to misuse of Social
  Security or SSI funds by me/my organization
◌ Notify the Social Security Administration when the claimant dies, leaves my/my
  organization's custody or otherwise changes his/her living arrangements or he/she is no longer
  my/my organization's responsibility
◌ Comply with the conditions for reporting certain events
  (listed on the attached sheet(s) which I/my organization will keep
  for my/my organization's records) and for returning checks the
  claimant is not due.
◌ File an annual report of earnings if required
◌ Notify the Social Security Administration as soon as I/my organization can no longer act as
  representative payee or the claimant no longer needs a payee

I know that anyone who makes or causes to be made a false statement
or representation of material fact relating to a payment under the
Social Security Act commits a crime punishable under Federal law by
fine, imprisonment or both. I affirm that all information I have
given in this document is true.

Signature_____
Date_____
Please print your name and title
Name_____
Title_____

27

April 7, 2011, 10:48
PAGE   3

CAN/HUN                BOAN              TOP/GS/CC            SG-SSA-11
                       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       NPO/Y/SEL
063-42 1550A

YOU MUST NOTIFY THE SOCIAL SECURITY ADMINISTRATION PROMPTLY IF ANY OF THE FOLLOWING
EVENTS OCCUR AND PROMPTLY RETURN ANY PAYMENT TO WHICH THE CLAIMANT IS NOT
ENTITLED:

o  the claimant DIES (Social Security entitlement ends the month before the month the claimant dies);
o  the claimant MARRIES, if the claimant is entitled to child's,
   widow's, mother's, father's, widower's, or parent's benefits, or to wife's or
   husband's benefits as a divorced wife/husband, or to special age 72 payments;
o  the claimant's marriage ends in DIVORCE or ANNULMENT, if the claimant is entitled to wife's,
   husband's or special age 72 payments;
o  the claimant's SCHOOL ATTENDANCE CHANGES, if the claimant is age 18 or over and entitled
   to child's benefits as a full time student;
o  the claimant is entitled as a STEPCHILD AND THE PARENTS DIVORCE
   (benefits terminate the month after the month the divorce becomes final);
o  the claimant is under FULL RETIREMENT AGE (FRA) and WORKS for more than the annual limit
   (as determined each year) or for more than the allowable time (for work outside the United States);
o  the claimant receives a GOVERNMENT PENSION or ANNUITY or the amount of the annuity
   changes;
o  the claimant leaves your custody or care or otherwise CHANGES ADDRESS;
o  the claimant NO LONGER HAS A CHILD IN CARE, if he/she is entitled to
   benefits because of caring for a child under age 16 or who is disabled;
o  the claimant is CONFINED TO JAIL, PRISON, PENAL INSTITUTION OR
   CORRECTIONAL FACILITY;
o  the claimant is CONFINED TO A PUBLIC INSTITUTION by court order in connection with a
   crime.
o  the claimant has an UNSATISFIED FELONY WARRANT (or in jurisdictions that do not define crimes
   as felonies, a crime punishable by death or imprisonment exceeding 1 year) issued for his/her arrest;
o  the claimant is VIOLATING a condition of probation or parole under State or Federal law.

IF THE CLAIMANT IS RECEIVING DISABILITY BENEFITS, YOU MUST ALSO REPORT IF:

o  the claimant's MEDICAL CONDITION IMPROVES;
o  the claimant STARTS WORKING;
o  the claimant applies for or receives WORKER'S COMPENSATION BENEFITS, Black Lung Benefits from
   the Department of Labor, or a public disability benefit;
o  the claimant is DISCHARGED FROM THE HOSPITAL (if now hospitalized).

IF THE CLAIMANT IS RECEIVING SPECIAL AGE 72 PAYMENTS, YOU MUST ALSO REPORT IF:

o  the claimant or spouse becomes ELIGIBLE FOR PERIODIC GOVERNMENTAL
   PAYMENTS, whether from the U.S. Federal government or from any State or local
   government;
o  the claimant or spouse receives SUPPLEMENTAL SECURITY INCOME or
   PUBLIC ASSISTANCE CASH BENEFITS;
o  the claimant or spouse MOVES outside the United States (the 50
   states, the District of Columbia and the Northern Mariana Islands)

April 7, 1911, 10:49
PAGE   4

CAN/HUN

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A

BOAN
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

TOP/GS/CC
NPO/Y/SEL

SG-SSA-11

IN ADDITION TO THESE EVENTS ABOUT THE CLAIMANT, YOU MUST ALSO NOTIFY US IF,

- YOU change your address,
- YOU are convicted of a felony or any offense under State or Federallaw which results in imprisonment for more than one year,
- YOU have an UNSATISFIED FELONY WARRANT (or in jurisdictions that do not define crimes as felonies, a crime punishable by death or imprisonment exceeding 1 year) issued for your arrest.

BENEFITS MAY STOP IF ANY OF THE ABOVE EVENTS OCCUR. You should read the informational booklet we will send you to see how these events affect benefits. You may make your reports by telephone, mail or in person.

---

REMEMBER

- payments must be used for the claimant's current needs or saved if not currently needed,
- you may be held liable for repayment of any payments not used for the claimant's needs or of any overpayment that occurred due to your fault,
- you must account for benefits when so asked by the Social Security Administration. You will keep records of how benefits were spent so you can provide us with a correct accounting;
- to tell us as soon as you know you will no longer be able to act as representative payee or the claimant no longer needs a payee.

Keep in mind that benefits may be deposited directly into an account set up for the claimant with you as payee. As soon as you set up such an account, contact us for more information about receiving the claimant's payments using direct deposit.

## THE PRIVACY AND PAPERWORK REDUCTION ACTS

We are required by section 205(j) and 205(a) of the Social Security Act to ask you to give us the information on this form. This information is needed to determine if you are qualified to serve as representative payee. Although responses to these questions are voluntary, you will not be named representative payee unless you give us the answers to these questions.

Sometimes the law requires us to give out the facts on this form without your consent. We must release this information to another person or government agency if Federal law requires that we do so or to do the research and audits needed to administer or improve our representative payee program.

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by Federal government. The law allows us to do this even if you do not agree to it.

These and other reasons why information about you may be used or given out are explained in the Federal Register. If you want to learn more about this, contact any Social Security office.

April 7, 2011, 10:48
PAGE   5

CAN/HUN             BOAN            TOP/GS/CC              SG-SSA-11
063 42-1550A        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     NPO/Y/SEL

We invite you to visit our website at www.socialsecurity.gov on the
Internet tofind general information about Social Security. If you have
any specific questions, you may call us toll-free at 1-800-772-1213, or
call your local Social Security office at 877-531-4725. We can answer
most questions over the phone. If you are deaf or hard of hearing, you
may call our TTY number
1-800-325-0778. You can also write or visit any Social Security
office. Theoffice that serves your area is located at:

SOCIAL
SECURIT
Y3RD
FLOOR

195
MONTAGUE
ST
BROOKLYN.
NY 11201


If you do call or visit an office, please have this letter with you.
It willhelp us answer your questions. Also, if you plan to visit an
office, you maycall ahead to make an appointment. This will help us
serve you more quickly when you arrive at the office.


SSA OFFICE 106

7

**EXHIBIT E**


**Department of Finance**

**Property Tax Bill
Quarterly Statement**
Activity through August 28, 2021

**Owner name:** ELLA CARD
**Property address:** 155 SARATOGA AVENUE APT. 6
**Borough, block & lot:** BROOKLYN (3), 01515, 0005

**Mailing address:**
THE GUARDIANSHIP PROJECT
ELLA CARD
P.O. BOX 25106
BROOKLYN NY 11202-5106

Outstanding Charges          $2,825.84

New Charges                  $1,396.81

**Amount Due**               **$4,222.65**

*Please pay by October 1, 2021.  To avoid interest pay on or before October 15th.*

Most Department of Finance services are available online:
· To pay your bill, visit nyc.gov/payonline.
· For general information, visit nyc.gov/finance.
· To submit a question to the Department of Finance, visit nyc.gov/dofaccount.

**EXHIBIT F**



Cooper Station P.O. Box 138
New York, NY 10276-0138

conEdison
a u e l d c y h e company

Summary Statement
Account #: 63-3276-3875-0000-7
Date: 10/4/2021

Deposit Amt: $95

RAYMOND CARD
C/O: VERA INSTITUTE
P.O. BOX 2-5106
BROOKLYN, NY 11202

Dear Customer:

The statement of your charges and credits that you requested is detailed below:

| DATE POSTED | # DA YS | Bill Date | ELECTRIC | | GAS | | Total Billing Charges | Other Charges, Adj & Credits | $ PAYMENT | $ BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | KWHR Usage | Con Edison Charges | THERM Usage | Con Edison Charges | | | | |
| 09/22/21 | 32 | 09/21/21 | 340 | 132.13 | | | 132.13 | 14.24 | | 1,095.40 |
| 08/23/21 | | | | | | | | | | 949.03 |
| 08/23/21 | 29 | 08/20/21 | 310 | 120.52 | | | 120.52 | | | 949.37 |
| 07/23/21 | 30 | 07/22/21 | 320 | 123.00 | | | 123.00 | | | 828.85 |
| 06/23/21 | 32 | 06/22/21 | 340 | 123.24 | | | 123.24 | | | 705.85 |
| 05/24/21 | 29 | 05/21/21 | 310 | 117.72 | | | 117.72 | | | 582.61 |
| 04/26/21 | 28 | 04/22/21 | 290 | 108.47 | | | 108.47 | | | 464.89 |
| 03/26/21 | 29 | 03/25/21 | 310 | 100.48 | | | 100.48 | | | 356.42 |
| 02/25/21 | 30 | 02/24/21 | 320 | 128.46 | | | 128.46 | | | 255.94 |
| 01/26/21 | 34 | 01/25/21 | 360 | 127.48 | | | 127.48 | | | 127.48 |
| 01/25/21 | | | | | | | | | -339.76 | 0.00 |
| 12/23/20 | 33 | 12/22/20 | 350 | 121.15 | | | 121.15 | | | 339.76 |
| 11/20/20 | 59 | 11/19/20 | 630 | 218.61 | | | 218.61 | | | 218.61 |
| 11/12/20 | | | | | | | | | -229.53 | -0.00 |
| 09/22/20 | 32 | 09/21/20 | 340 | 120.60 | | | 120.60 | | | 229.53 |
| 08/21/20 | | | | | | | | | | 108.93 |
| 08/21/20 | 29 | 08/20/20 | 310 | 110.31 | | | 110.31 | | | 110.31 |
| 08/12/20 | | | | | | | | | -437.88 | -0.00 |
| 07/23/20 | 30 | 07/22/20 | 320 | 114.46 | | | 114.46 | | | 437.88 |
| 06/23/20 | 32 | 06/22/20 | 340 | 127.65 | | | 127.65 | | | 323.42 |
| 05/22/20 | 29 | 05/21/20 | 310 | 99.28 | | | 99.28 | | | 195.77 |
| 04/29/20 | | | | | | | | | -98.78 | 96.49 |
| 04/23/20 | 29 | 04/22/20 | 310 | 96.49 | | | 96.49 | | | 195.27 |
| 03/25/20 | | | 310 | 98.78 | | | 98.78 | | | 98.78 |
| 03/10/20 | | | | | | | | | -210.82 | 0.00 |
| 02/25/20 | 32 | 02/24/20 | 340 | 110.82 | | | 110.82 | | | 210.82 |
| 02/25/20 | | | | | | | | 100.00 | | 100.00 |
| 02/12/20 | | | | | | | | | -136.95 | 0.00 |
| 01/24/20 | 34 | 01/23/20 | 360 | 111.95 | | | 111.95 | | | 136.95 |
| 01/14/20 | | | | | | | | 25.00 | | 25.00 |
| 01/03/20 | | | | | | | | | -96.30 | 0.00 |
| 12/24/19 | 30 | 12/20/19 | 320 | 96.30 | | | 96.30 | | | 96.30 |

Page 1 of 2

# EXHIBIT G



**$2,305.36**

pay by 09/30/21

conEdison   4 Irving Place
New York, NY 10003

September 22, 2021

63-3276-3715-0005-0

...TOGA AVE 1R

## IMPORTANT TURN-OFF OF SERVICE NOTICE

...e writing to let you know that your September 22, 2021 bill had a past due balance of $1,950.36 plus a deposit ...est for $355.00.

...e are sorry but your service will be turned off unless payment of $2,305.36 is received by September 30, 2021.

Our records indicate that our bills are being mailed to:

...
P.O. BOX 2018
BROOKLYN, NY 11702

...An Explanation of your rights has been included.

...f you have questions, please call us at 1-212-243-3003.

...red's Operations

---

## FINAL TERMINATION NOTICE NON-RESIDENTIAL RIGHTS
### ACT NOW TO AVOID A SERVICE TURN-OFF!

...ayment is overdue. Your utility service will be turned off if we do not receive your payment by the due date of this notice. Please ...overdue amount immediately. Pay by telephone using your checking account at 1-844-925-5016. If you cannot pay the amount in ...u have a question about your account, call 1-877-262-6633 24 hours a day and we can explain how you can avoid a shutoff.

*IMPORTANT INFORMATION ABOUT YOUR RIGHTS AND OBLIGATIONS*

...mation if you can get a letter and tell us your energy needs) before your choices at www.PowerYourWay.com.

Page 1 of 3

---

conEdison   4 Irving Place
New York, NY 10003

Account number: 63-3276-3715-0005-0

| Pay By 09/30/21 | **$2,305.36** |
|---|---|
| Amount Enclosed | |

Please make checks payable to Con Edison.

conEdison
PO BOX 1702
NEW YORK, NY 10116-1702

# EXHIBIT H

Summary Schedules

| | | |
|---|---|---|
| Legal/Admin E Bond Premium | The Blaikie Group | (3,036.00) |
| Court Examiner/Referee | Lawrence Price | (1,372.00) |
| Guardian Fees | Vera Institute of Justice | (5,142.75) |
| Misc. Legal/Admin | Kings County Clerk's Office | (43.00) |
| **Total:** | | **(9,893.75)** |
| | | |
| **Housing Expenses** | | |
| Cable/Telephone | T-Mobile | (783.35) |
| Insurance: Homeowners | Kingstone Insurance Company | (4,762.78) |
| Insurance: Homeowners | Prime Rate Premium Finance Corporation, Inc. | (2,480.97) |
| Insurance: Homeowners | R & W Brokerage Inc. | (4,102.23) |
| Insurance: Property | Occidental Fire And Casualty Company of NC | (1,751.00) |
| Insurance: Property | Sagesure Insurance Managers, LLS | (6,512.00) |

35

# EXHIBIT I

## REVENUE MISSING/SERVICES CHARGED FOR BUT NOT RECEIVED
## Accounting Began February 2012------ASSETS SIEZED March 16, 2011

| 2011-2018 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2018 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | NO ACCOUNTING | MisAppropriated | MisAppropriated | MisAppropriated | MisAppropriated | MisAppropriated | MisAppropriated | |
| T-MOBILE | NO ACCOUNTING | | 839.03 | 890.95 | 751.19 | 909.37 | 909.37 | 4,299.91 |
| VERIZON | NO ACCOUNTING | | 793.98 | 841.83 | 898.35 | 448.19 | | 2,982.35 |
| VERIZON/TMOBILE | NO ACCOUNTING | 1,376.15 | | | | | 783.35 | 2,159.50 |
| Easy Removal Decorative General Contractor | | 174.31 | 349.45 | | 1,014.00 | 555.30 | 857.07 | 2,851.11 |

# EXHIBIT J

At an IAS Term Part 76LR of the Supreme
Court of the State of New York, held in the
County of Kings, at 360 Adams Street,
Brooklyn, New York, on the \\ᵗʰ day of
December, 2019.

PRESENT:

HON. LEON RUCHELSMAN
J.S.C.

-------------------------------------------------x

In the Matter of

ELLA CARD,

An Incapacitated Person.

-------------------------------------------------x

**ORDER**
Index No.: 100016/11

　　　Upon all prior papers and proceedings had in this matter, and upon the Motion (Sequence #9) having come before the Court on December 6, 2019; and upon the Notice dated November 4, 2019 from the NYC Department of Buildings, Administrative Enforcement Unit regarding the real property located at 155 Saratoga Avenue, Brooklyn, NY (attached); and whereas an Affidavit in Opposition, which also purported to be a Cross-Motion, was filed on December 3, 2019 by CINDY CARD; and whereas said Opposition having failed to provide the name or contact information of her proposed licensed contractors, and failed to provide estimates for the work to be performed on said real property; and whereas CINDY CARD failed to appear on December 6, 2019,

　　　NOW it is hereby

　　　ORDERED that the Vera Institute of Justice, Inc., Guardianship Project, as Guardian of the Property of ELLA CARD, be and is hereby authorized and permitted to expend the sum of

Page 1 of 2

37

$45,000.00 to Progressive General Contractors for the required repairs to 155 Saratoga Avenue,

Brooklyn, New York; and it is further

ORDERED that the application to resign as Guardian of the Property is denied without

prejudice.

This is the Decision and Order of the Court.

ENTER:

Hon. Leon Ruchelsman, J.S.C.

Page 2 of 2

### REVENUE MISSING/SERVICES CHARGED FOR BUT NOT RECEIVED
### Accounting Began February 2012------ASSETS SIEZED March 16, 2011

| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2018 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 2011-2016 | NO ACCOUNTING | MisAppropriated | MisAppropriated | MisAppropriated | MisAppropriated | MisAppropriated | MisAppropriated | |
| VERIZON | NO ACCOUNTING | | 793.98 | 841.83 | 898.35 | 448.19 | | 2,982.35 |
| VERIZON T MOBILE | NO ACCOUNTING | 1,375.15 | | | | | 783.35 | 2,158.50 |
| Snow Removal-Progressive General Contractor | NO ACCOUNTING | 174.21 | 340.45 | | 1,914.09 | 555.29 | 967.07 | 3,951.11 |
| Repairs-House Progressive Contractor | NO ACCOUNTING | | | 1,600.00 | | | 5,314.54 | 6,914.54 |