# SUPREME COURT OF THE STATE OF NEW YORK
# COUNTY OF KINGS

INDEX NO: 10006/11

**FILED**
**HARRISBURG, PA**
**OCT 2 5 2021**
PER _____
DEPUTY CLERK

Ella Card et al.,

    Plaintiff,

v.

Nicholas Turner et al

    Defendant,

**NOTICE OF REMOVAL OF STATE COURT ACTION TO FEDERAL COURT**

### NOTICE OF REMOVAL OF STATE COURT ACTION TO FEDERAL COURT

COMES NOW, Plaintiffs Ella Card et al. pro-se who respectfully pleads and NOTICES THE CLERK OF THIS COURT AND PARTIES and shows this court as follows:

1. Plaintiffs, and in direct support of his Notice to this Court and all parties, hereby alleges and provides the following: Notice of Removal of this State court action to the United States District Court Middle District of Pennsylvania.

2. By the filing of this Notice with the Clerk of this state Court, together with the attached and corresponding Notice of Removal that was filed in the United States District Court today, October 25, 2021 under U.S. District Court Case No. 21-cv-01288, Stamped Civil Cover Sheet from Federal Court along with Notice of Removal and Pleadings from this action, these state proceedings are now REMOVED, by automatic operation of federal law, and this Defendant now formally notifies the Court and all parties of that same fact.

3. Pursuant to the express and specific language of 28 U.S.C. 1441, et seq., immediately upon the filing of this Notice, with the Clerk of this Court, this case has been already removed. The removal of jurisdiction from this Court is automatic by operation of federal law and does not require any additional written order from the District Judge to cause this removal to become "effective" – the removal is an automatic judicial event and immediate by operation of law.

4. Put another way, the United States Supreme Court clarified and established in 1966: "The petition is now filed in the first instance in the federal court. After notice is given to all adverse parties and a copy of the petition is filed with the state court, removal is effected and State Court proceedings cease unless the case is remanded. 28 U. S. C. § 1446 (1964 ed.). See generally,

1

American Law Institute, Study of the Division of Jurisdiction Between State and Federal Courts, Tentative Draft No. 4, p. 153 et seq. (April 25, 1966)." Georgia v. Rachel, 384 U.S. 780, 809 n27, 86 S. Ct. 1783, 16 L. Ed. 2d 925 (1966). (emphasis added).

5.   Because this cause is now removed, the instant Court is without jurisdiction to effect any judgment in these proceedings or hold trial or other action until when and if remanded. (28 U.S.C. § 1446(c)(3)).

6.   Once a matter is removed to the federal court, a state trial court and its judges have no jurisdiction over the matter and cannot dismiss it.

> "On the removal, the State Supreme Court lost jurisdiction of the case. (Title 28 U.S.C. s 1446(e); *Fire Assn. of Philadelphia v. General Handkerchief Corp.*, 304 N.Y. 382, 385, 107 N.E.2d 499, 500). Neither Special Term's lack of knowledge of the removal, nor the subsequent grant by the Federal Court of petitioner's motion for remand, is sufficient to validate its order signed after the removal became effective."

7.   Under 28 USC § 1446, provides:

> "Promptly after the filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of the court of such State Court, which shall effect the removal and the State Court shall proceed no further unless and until the case is remanded." *Vigil v. Mora Independent Schools*, 841 F. Supp. 2d 1238, 1240-41 (D.N.M. 2012)

> "Removal of case to federal court is automatic on proper filing of petition with federal court for removal, and state court is thereafter preempted and divested of any authority or discretion to rule or pass upon merits of case. 28 U.S.C.A. § 1446."

> "The removal is deemed automatic merely upon the proper filing of the petition with the Federal Court; and thereafter this Court is pre-empted and divested of any authority or discretion rule or pass upon the merits of these cases pending in our Court or the proper venue of removal to the Federal Court, Southern District of New York." *The People of the State of New York, Plaintiff, v. Goldwag* 42 Misc.2d 356.

> "Once the underlying actions were removed to the United States District Court for the Southern District of New York by the filing of the notice of removal with the state court, the state court no longer had jurisdiction to rule on plaintiff's motions (see 28 U.S.C. § 1446; *Clayton v. American Fedn. of Musicians*, 243 A.D.2d 347, 664 N.Y.S.2d 534 [1st Dept.1997] )."

The Notice of Removal to the United States District Court is attached hereto as required by the express language of federal law, as Exhibit # 1.

WHEREFORE, the undersigned Plaintiff, Ella Card et al notifies the Court and all other parties that this cause is now removed, that this court now has absolutely no jurisdiction for any judgment in this cause, bar none, unless and until the United States District Court may or may not remand, and further moves for all other relief that is just and proper in the premises.

We pray this honorable court will proceed no further due to lack of jurisdiction including providing and injunction against Defendants from furthering an adverse position on the Plaintiffs due to jurisdiction is in the United States District Middle Court of Pennsylvania.

Dated this 25 day of October 2021                Respectfully Submitted,

                                                 *[signature]*

                                                 Ken Swenson et al.
                                                 445 Beck Mill Rd
                                                 Hanover, PA 17331
                                                 Tel.No.202-262-0820
                                                 kenswenson75@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served via email or fax to the following on this day 25 October 2021:

| | |
|---|---|
| NICHOLAS TURNER (via mail and e-mail)<br>President of the Vera Institute/Project Guardianship<br>PO. Box 2-5106<br>Brooklyn, New York 11201<br>nturner@vera.org | JOHN HOLT (via mail and e-mail)<br>Attorney for the Vera Institute/ Project Guardianship<br>PO. Box 2-5106<br>Brooklyn, New York 11201<br>jholt@nycourts.gov |
| KIMBERLY GEORGE (via mail and e-mail)<br>Director for the Vera Institute/Project Guardianship<br>PO. Box 2-5106<br>Brooklyn, New York 11201<br>kgeorge@nycourts.gov | Alexandra Schonfeld Weaderhorn (via Fax/mail<br>20 Clent Rd, Apt 1m<br>Great Neck, NY 11021<br>FAX: (516) 569 3360 |
| LISA FRIEDMAN (via mail and e-mail)<br>1320 E 27th St<br>Brooklyn, New York, 11210<br>lisafried@aol.com | LAURA NEGRON (via mail)<br>NYC MAYOR'S OFFICE OF OPERATIONS<br>253 Broadway Fl 10<br>New York, NY 10007-2316<br>LAURA.NEGRON@cityhall.nyc.gov<br>LNEGRON@cityhall.nyc.gov |

| | |
|---|---|
| Honorable JUDGE BETSY BARROS (via email/fax)<br>c/o Amy Luo \| Assistant Attorney General<br>New York State Office of the Attorney General<br>28 Liberty Street, 16th Floor<br>New York, New York 10005<br>Tel: 212-416-8538<br>FAX: 212 416-6030<br>amy.luo@ag.ny.gov | Honorable JUDGE LEON RUCHELSMAN (via email/fax)<br>c/o Amy Luo \| Assistant Attorney General<br>New York State Office of the Attorney General<br>28 Liberty Street, 16th Floor<br>New York, New York 10005<br>Tel: 212-416-8538<br>FAX: 212 416-6030<br>amy.luo@ag.ny.gov |
| CHRISTINE MOONEY (via e-mail)<br>10 Union Ave Ste 4<br>Lynbrook, NY 11563-3350<br>clampersberger@aol.com<br>clampersberger1@hotmail.com | Paul M. O'Brien (via e-mail)<br>Falcon Rappaport & Berkman PLLC<br>265 Sunrise Highway, Suite 50<br>Rockville Centre, New York 11570<br>Pobrien@frblaw.com |
| Patrick Marc (via email)<br>Marc Law Associates PLLC<br>6309th Ave, Suite 405<br>New York, NY 10036<br>Pmarc315@gmail.com | BONNIE BERNSTEIN/Gustow (via e-mail)<br>4052 65th Pl E<br>Sarasota, FL 34243<br>bgustow@aol.com |
| JULIE STOIL FERNANDEZ (via e-mail)<br>Finkel & Fernandez, LLP<br>Elder Law & Special Needs<br>16 Court Street, Suite 1007<br>Brooklyn, NY 11241<br>jstoilfernandez@ffelderlaw.com | RAYMOND CARD (via e-mail)<br>124 Shetland Pl<br>Warners, NY 13164-3701<br>raycardjr@yahoo.com |
| Lauren L Shell (via mail)<br>363 E 76th St<br>Apt 11h,<br>New York, NY 10021-2434<br>aurenlshell@gmail.com | DAVID VAN LEEUWEN (via mail and e-mail)<br>Peyrot & Associates, PC.<br>62 William Street, 8th Floor<br>New York, NY 10005<br>David.vanleeuwen@peyrotlaw.com |
| Lawrence Knipel, Administrative Law Judge (via email/fax)<br>c/o Amy Luo \| Assistant Attorney General<br>New York State Office of the Attorney General<br>28 Liberty Street, 16th Floor<br>New York, New York 10005<br>FAX: 212 416-6030<br>amy.luo@ag.ny.gov | Robert T Reilly, ESQ (via mail, fax and e-mail)<br>Ximena Castro<br>UFT<br>52 Broadway,<br>New York, NY 10004<br>Ximens.Castro@nysutmail.org |
| KERMIT CARD (via mail and e-mail)<br>208 Commack Rd<br>Deer Park, NY 11729-6113<br>amthai@optonline.net<br>hyperboy209@msn.com | NYC Employee Health Benefits-IRMAA (via mail)<br>40 Rector St Ste 4,<br>New York, NY 10006 |

| | |
|---|---|
| Andrew M. Cuomo (via fax)<br>Governor of New York State<br>NYS State Capitol Building<br>Albany, NY 12224<br>FAX: 212 416-6030 | State of New York<br>Letitia James (via fax)<br>NY Attorney General<br>Office of the Attorney General<br>The Capitol<br>Albany, NY 12224-0341<br>FAX: 212 416-6030 |
| Eddie and Arlene Torres (via mail)<br>Saratoga Deli<br>161 Saratoga Ave<br>Brooklyn, NY 11233 | Progressive General Contractors (via mail)<br>1717 Avenue N,<br>Brooklyn, NY 11230<br>info@progressivegc.com |
| President of the Vera Institute (via e-mail)<br>34 35th Street, Suite 4-2A<br>Brooklyn, NY 11232<br>kkeenan@vera.org | The Law Offices of Polizzotto and Polizzotto<br>(via Fax)<br>6911 18th Avenue<br>Brooklyn, NY 11204<br>FAX: 718-256-0966 |
| Clerk of Court (via mail)<br>Brooklyn Supreme Court<br>360 Adams St,<br>Brooklyn, NY 11201-3707<br>mracanel@nycourts.gov | |

Ken Swenson
445 Beck Mill Rd
Hanover, PA 17331
Tel.No.202-262-0820
kenswenson75@yahoo.com