### UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELLA CARD, KEN SWENSON, CINDY CARD AND LADONNA CARD | NO. 1:21-CV-01288-WIA |
| **Plaintiffs,** | |
| v. | |
| THE VERA INSTITUTE FOR JUSTICE, NICHOLAS TURNER, JOHN HOLTZ, KIMBERLY GEORGE, LAURA NEGRON, LISA FRIEDMAN, ALEXANDRA SCHONFELD, JUDGE BETSY BARROS, JUDGE LEON RUCHELSMAN, CHRISTINE MOONEY, PAUL O'BRIEN, DAVID VAN LEEUWEEN, BONNI BERNSTEIN, JULIE STOIL FERNANDEZ, RAYMOND CARD, KERMIT CARD, STATE OF NEW YORK, KINGS COUNTY, LAWRENCE KNIPEL, EDDIE TORRES, ARLENE TORRES AND UFT, | **Magistrate Judge:** William I. Arbuckle<br><br>**JURY TRIAL DEMANDED** |
| **Defendants** | |

### ENTRY OF APPEARANCE ON BEHALF OF DEFENDANTS, THE VERA INSTITUTE FOR JUSTICE, NICHOLAS TURNER, JOHN HOLTZ, KIMBERLY GEORGE AND LAURA NEGRON

Kindly enter my appearance on behalf of Defendants, The Vera Institute for Justice, Nicholas Turner, John Holtz, Kimberly George and Laura Negron in the above-captioned action.

                              Respectfully Submitted,

                              **GORDON & REES, LLP**

Date: October 25, 2021         By:  */s/ Thomas M. Chairs*

                              Thomas M. Chairs, Esquire
                              Attorney I.D. No. 78565
                              111 N. Front Street
                              Suite 100
                              Harrisburg, PA 17101
                              717-589-4600
                              tchairs@grsm.com
                              *Attorney for Defendants, The Vera Institute for Justice, Nicholas Turner, John Holtz, Kimberly George and Laura Negron*

## **CERTIFICATE OF SERVICE**

AND NOW, this 25th day of October 2021, I, Thomas M. Chairs, Esquire, hereby certify that I did serve a true and correct copy of the foregoing upon all counsel of record via the Middle District Electronic Filing System and via regular mail to the unrepresented parties.

                                           /s/ *Thomas M. Chairs*
                                           Thomas M. Chairs, Esquire