UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLA CARD, ET AL., | : | |
| | : | |
| Plaintiffs, | : | Civ. Action No.: |
| | : | 1:21-CV-01288-WIA |
| -against- | : | (Arbuckle, M.J.) |
| | : | |
| NICHOLAS TURNER, ET AL., | : | --Electronically Filed-- |
| | : | |
| Defendants. | : | |

### [PROPOSED] ORDER GRANTING
### UFT DEFENDANT'S MOTION TO DISMISS

Defendant United Federation of Teachers, Local 2, AFT, AFL-CIO ("UFT Defendant" or "UFT") having made an application pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiffs' Amended Complaint as to UFT Defendant:

**NOW**, upon consideration of UFT Defendant's Motion to Dismiss and Memorandum of Law in Support of Its Motion to Dismiss, dated October 27, 2021, and upon all the other papers and proceedings herein, it is hereby

**ORDERED** that UFT Defendant's Motion is granted. The Amended Complaint is DISMISSED WITH PREJUDICE.

Entered this ___ day of _____, 2021

                                                                          _____
                                                                          Hon. William I. Arbuckle
                                                                          United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLA CARD, ET AL., | : | |
| | : | |
| Plaintiffs, | : | Civ. Action No.: |
| | : | 1:21-CV-01288-WIA |
| -against- | : | (Arbuckle, M.J.) |
| | : | |
| NICHOLAS TURNER, ET AL., | : | --Electronically Filed-- |
| | : | |
| Defendants. | : | |

## MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6)

Defendant the United Federation of Teachers, Local 2, AFT, AFL-CIO ("UFT Defendant" or "UFT"), by its undersigned counsel and based on the Memorandum of Law to be filed hereafter pursuant to Local Rule 7.5, respectfully moves the Court to dismiss Plaintiffs' September 15, 2021 Amended Complaint ("Amended Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction, and Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted.

The motion is based on several grounds. First, federal courts do not have subject matter jurisdiction over duty of fair representation claims involving public employees. *Manfredi v. Hazleton City Auth. Water Dep't*, 793 F.22d 101 (3d Cir. 1986). Second, any purported duty of fair representation raised by Plaintiff Ella

Card, a former schoolteacher of the Board of Education of the City School District of the City of New York, is governed by New York State Civil Service Law § 200 *et. seq.*, and is within the exclusive jurisdiction of the New York State Public Employment Relations Board. *Zuckerman v. Bd. of Educ. of City Sch. Dist. of City of New York*, 44 N.Y.2d. 336, 342 (1978). Third, Plaintiffs' Amended Complaint fails to state a cause of action upon which relief may be granted since Plaintiffs have failed to allege conduct that was arbitrary, discriminatory, or in bad faith, as to Plaintiff Ella Card as required by federal law. *Vaca v. Sipes*, 386 U.S. 171 (1967). Fourth, Plaintiff Swenson, Plaintiff C. Card, Plaintiff L. Card and Plaintiff F. Card have failed to set forth any allegations that could be construed as any cognizable legal constitutional or statutory claim against UFT Defendant. Fifth, Plaintiffs also have not set forth a viable New York State duty of fair representation claim because Plaintiffs cannot allege or prove that all UFT members ratified the decision not to fully or properly represent Plaintiff Ella Card. *Martin v. Curran*, 303 NY 276 (1951) Fifth, Plaintiffs' Amended Complaint is untimely since Plaintiffs failed to bring a duty of fair representation claim under the requisite four-months statute of limitations under New York State law. *Williams v. New York City Housing Auth.*, 458 F. 3d 67, 69 (2d Cir. 2006) (citing N.Y. C.P.L.R. § 217(2)(a)).

For the foregoing reasons, and as more fully expounded in the Memorandum of Law in Support of Its Motion to Dismiss, UFT Defendant respectfully requests

that the Amended Complaint in this matter be dismissed, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), with prejudice.

Dated: New York, New York
      October 27, 2021

                        Respectfully submitted,

                        ROBERT T. REILLY
                        *Pro Hac Vice*
                        52 Broadway, 9th Floor
                        New York, New York 10004
                        Tel.: (518) 868-1269
                        Fax: (212) 995-2357
                        Email: Ximena.Castro@nysut.org

              By:   /s/ Ximena Castro
                    XIMENA CASTRO
                    Of Counsel
                    *Pro Hac Vice*

                    Amy L. Rosenberger
                    Pa. Attorney I.D. No. 76257
                    Willig, Williams & Davidson
                    1825 Walnut Str., 24th Floor
                    Philadelphia, PA 19103
                    arosenberger@wwdlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2021, I electronically filed the foregoing Entry of Appearance and Memorandum of Law with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents are being served this day on all counsel of record or *pro se* parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing electronically.

Dated:  New York, New York
        October 27, 2021

                              Respectfully submitted,

                              ROBERT T. REILLY
                              *Pro Hac Vice*
                              52 Broadway, 9th Floor
                              New York, New York 10004
                              Tel.: (518)-868-1269
                              Fax: (212) 995-2347
                              Email: Ximena.Castro@nysut.org

                By: _____
                              XIMENA CASTRO
                              Of Counsel
                              *Pro Hac Vice*

To:  Ella Card, *pro se* (via overnight mail)
      445 Beck Mill Rd.
      Hanover, PA 17331

Ken Swenson, *pro se* (via overnight mail)
445 Beck Mill Rd.
Hanover, PA 17331

Cindy Card, *pro se* (via certified, RR mail)
161 Saratoga Avenue, Apt. 2
Brooklyn, N.Y. 11233

Faith Card, *pro se* (via certified, RR mail)
155 Saratoga Avenue, Apt. 3L
Brooklyn, N.Y. 11233

LaDonna Card, *pro se* (via certified, RR mail)
100 DEBS Place, Apt. 16C
Bronx, N.Y. 10475

Nicholas Turner (via certified, RR mail and e-mail)
Vera Institute of Justice
34 35th Street, Suite 4-2A
Brooklyn, N.Y. 11232
nturner@vera.org

John Holt (via certified, RR mail and e-mail)
Vera Institute of Justice
34 35th Street, Suite 4-2A
Brooklyn, N.Y. 11232
jnholt@nycourts.gov

Kimberly George (via certified, RR mail and e-mail)
Vera Institute of Justice
34 35th Street, Suite 4-2A
Brooklyn, N.Y. 11232
kgeorge@nycourts.gov

Laura Negrón (via certified, RR mail)
NYC Mayor's Office of Operations
253 Broadway Fl. 10
New York, N.Y. 10007-2316

Lisa Friedman (via certified, RR mail and e-mail)

1320 E. 27th Street
Brooklyn, N.Y. 11210
lisafried@aol.com

Alexandra Schonfeld Weaderhorn (via certified, RR mail and fax)
299 Broadway
New York, N.Y. 10007
Fax No. (516) 569-3360

Amy Luo, Esq. (via ECF)
Charles Fernando Sanders, Esq.
Attorneys for Defendant the Honorable Betsy Barros
New York State Office of the Attorney General
Litigation Bureau
28 Liberty Street, 16th Floor
New York, N.Y. 10005

Amy Luo, Esq. (via ECF)
Attorney for Defendant the Honorable Leon Ruchelsman
Supreme Court, State of New York
360 Adams Street
Brooklyn, N.Y. 11201

Amy Luo, Esq. (via ECF)
Attorney for Defendant the Honorable Lawrence Knipel
Supreme Court, State of New York
360 Adams Street
Brooklyn, N.Y. 11201

Christine Mooney (via overnight mail and e-mail)
10 Union Ave, Ste 4
Lynbrook, N.Y. 11463
chmesq@aol.com

Paul O'Brien (via overnight mail and e-mail)
Falcon, Rappaport & Berkman PLLC
265 Sunrise Highway, Suite 50
Rockville Centre, N.Y. 11570
Pobrien@frblaw.com

David Van Leeuwen (via certified, RR mail and e-mail)
Peyrot & Associates, PC
62 William Street, 8th Floor
New York, N.Y. 10005
david.vanleeuwen@peyrotlaw.com

Bonnie Bernstein (via certified, RR mail and e-mail)
Law Offices of Bonnie Bernstein
6911 18th Avenue
Brooklyn, N.Y. 11204
Bonnie@polizotto.com

Julie Stoil Fernandez (via certified, RR mail and e-mail)
Finkel & Fernandez, LLP
16 Court Street, Suite 1007
Brooklyn, N.Y. 11241
jstoilfernandez@ffelderlaw.com

Raymond Card (via overnight mail and e-mail)
124 Shetland Pl
Warners, N.Y. 13164
3701raycardjr@yahoo.com

Kermit Card (via overnight mail and e-mail)
208 Commack Rd
Deer Park, N.Y. 11729
amthai@optonline.net
hyperboy209@msn.com

NYC Employee Health Benefits-IRMAA (via certified, RR mail)
40 Rector Street, Suite 4
New York, N.Y. 10006

Amy Luo, Esq. (via ECF)
Attorney for Defendant Andrew Cuomo
Governor of New York State
NYS State Capitol Building
Albany, N.Y. 12224

Amy Luo, Esq. (via ECF)

Attorney for Defendant Letitia James
NY Attorney General
Office of the Attorney General
The Capitol
Albany, N.Y. 12224

Eddie and Arlene Torres (via certified, RR mail)
Saratoga Deli
161 Saratoga Ave
Brooklyn, N.Y. 11233

Progressive General Contractors (via certified, RR mail)
1717 Avenue N
Brooklyn, N.Y. 11230

Lauren L. Shell (via certified, RR mail)
363 E 76th Street, Apt. 11H
New York, N.Y. 10021

Patrick Marc (via certified, RR mail)
Marc Law Associates PLLC
48 Wall Street, 5th Floor
New York, N.Y. 1000

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLA CARD, ET AL., | : | |
| | : | |
| Plaintiffs, | : | Civ. Action No.: |
| | : | 1:21-CV-01288-WIA |
| -against- | : | (Arbuckle, M.J.) |
| | : | |
| NICHOLAS TURNER, ET AL., | : | --Electronically Filed-- |
| | : | |
| Defendants. | : | |

**<u>UFT DEFENDANT'S CERTIFICATE OF CONCURRENCE</u>**

Pursuant to the July 23, 2021, Standing Practice Order in Pro Se Plaintiff Cases of the United States District Court for the Middle District of Pennsylvania and in particular Rule 7.1 therein, I certify that on October 13, 2021 and on October 18, 2021, I attempted to seek concurrence for UFT Defendant's Motion to Dismiss from each named party in the Amended Complaint at the mailing and e-mail addresses included in the Amended Complaint.

*Pro se* Plaintiff Ken Swenson denied his concurrence with the relief sought in the Motion via e-mail on October 20, 2021.

Defendant Raymond Card granted his concurrence with the relief sought in the Motion via e-mail on October 15, 2021. Defendant Progressive General Contractors granted its concurrence with the relief sought in the motion via phone on October 18, 2021.

1

No other Defendant or other *pro se* Plaintiff responded to UFT Defendant's attempt to seek their concurrence.

Dated: New York, New York
      October 27, 2021

                            Respectfully submitted,

                            ROBERT T. REILLY
                            *Pro Hac Vice*
                            52 Broadway, 9th Floor
                            New York, New York 10004
                            Tel.: (518) 868-1269
                            Fax: (212) 995-2347
                            Email: Ximena.Castro@nysut.org


            By:   /s/ Ximena Castro
                  XIMENA CASTRO
                 Of Counsel
                 *Pro Hac Vice*


                 Amy L. Rosenberger
                 Pa. Attorney I.D. No. 76257
                 Willig, Williams & Davidson
                 1825 Walnut Str., 24th Floor
                 Philadelphia, PA 19103
                 arosenberger@wwdlaw.com