UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLA CARD, *et al.*, | ) | CIVIL NO. 1:21-CV-01288 |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| NICHOLAS TURNER, *et al.*, | ) | |
| Defendants | ) | |

## ORDER

Upon consideration of the Motion for Extension of Time[1] filed by Defendants Justices Betsy Barros, Lawrence Knipel, Leon Ruchelsman, and the State of New York. (Doc. 14), IT IS HEREBY ORDERED that:

1. Defendants Betsy Barros, Lawrence Knipel, Leon Ruchelsman, and the State of New York's Motion for Extension of Time (Doc. 14) is GRANTED.

2. Defendants Betsy Barros, Lawrence Knipel, Leon Ruchelsman, and the State of New York's Response to the Amended Complaint is now due **December 17, 2021**.

Date: October 29, 2021

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge

---

[1] Parties are reminded that Local Rule 7.1 requires that certificate of concurrences must be sought from all parties, not just from the plaintiffs.